UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| BARBARA SMITH, Individually and On Behalf of Others Similarly Situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>CHAMBERLIN EDMONDS & ASSOC., INC.,<br><br>*Defendant*. | C.A. NO. _____<br><br><br><br>JURY TRIAL DEMANDED |

## ORIGINAL COMPLAINT

### SUMMARY

1. Chamberlin Edmonds & Associates, Inc. (Chamberlin) violates the Fair Labor Standards Act (FLSA) by failing to pay its "Healthcare Representatives" overtime. Barbara Smith (Smith) brings this collective action to recover the unpaid wages and other damages owed to these workers.

### SUBJECT MATTER JURISDICTION AND VENUE

2. This Court has subject matter jurisdiction under 29 U.S.C. § 216(b) and 28 U.S.C. § 1331.

3. Venue is proper in this district and division pursuant to Title 28 U.S.C. § 1391(b) and (c). Chamberlin resides in and does business in this district. Further, some of the unlawful practices described herein occurred in this district.

## THE PARTIES

4. Barbara Smith worked as a Healthcare Representative at Chamberlin within the past three years. Exhibit A is her written consent to this action.

5. The "Members of the Class" are the Healthcare Representatives employed by Chamberlin on a salary basis during the three-year period preceding the filing of the Original Complaint.

6. Defendant Chamberlin is a corporation headquartered and doing business in Atlanta, Georgia. Chamberlin is an enterprise engaged in commerce and acted, directly or indirectly, in the interest of an employer with respect to Smith and the Members of the Class. Chamberlin may be served with process through its registered agent for service of process.

## FACTUAL BACKGROUND

7. Chamberlin provides healthcare "eligibility services" to hospitals, government agencies, and managed care organizations across the nation. More specifically, Chamberlin helps healthcare providers "manage their uninsured patient base" by assisting uninsured patients in submitting claims for government aid with the

medical bills. The availability of government assistance depends, in turn, on whether an uninsured patient's situation falls within the specific standards set forth by the government agency.

8. Chamberlin employs hundreds of Healthcare Representatives to carry out the day-to-day affairs of its business. Healthcare Representatives meet with uninsured patients to gather the information Chamberlin uses to determine if the patients may be eligible for government assistance with their hospital bills. To determine whether a particular patient's circumstances meet the government standards, Healthcare Representatives use a Patient Screening Sheet (Screening Sheet) provided by Chamberlin.

9. The Screening Sheet is a form containing a series of simple questions. The answers to the questions on the form determine whether uninsured patients meet the criteria set by government agencies for obtaining aid. For example, the Screening Sheet requires Healthcare Representatives to perform a "financial screen." If a patient's income or assets are within the limits set forth by the government, the uninsured patient may be eligible to submit a claim for assistance with the medical bills to Medicaid.[1]

---

[1] Healthcare Representatives cannot determine whether a patient will receive financial aid.

10. Healthcare Representatives are required to submit a claim for patients who meet the specific, objective standards required by the government agency. If a Healthcare Representative believes a patient does not meet the specified standards, the Healthcare Representative must explain the reason(s) for the "denial." A supervisor reviews each denial and determines whether to submit a claim nonetheless. If the appropriate requirements are met (or Chamberlin otherwise decides to submit a claim), the Healthcare Representative assists the uninsured patient in filling out the proper application forms required by the appropriate agency.

11. Healthcare Representatives regularly work more than 40 hours in a week. For example, Smith normally worked between 45 and 50 hours a week. However, Chamberlin does not pay Healthcare Representatives like Smith overtime for hours worked in excess of 40 in a workweek. Instead, Chamberlin pays its Healthcare Representatives a flat salary with no overtime.

12. As non-exempt employees, Smith and Members of the Class were entitled to be paid time-and-a-half for all hours worked in excess of forty in a workweek. Accordingly, the Defendants' practice of failing to pay overtime compensation is a clear violation of the FLSA.

13.   No exemption excuses Chamberlin from paying overtime rates to its Healthcare Representatives. Nor have the Defendants made a good faith effort to comply with the FLSA. For example, Chamberlin did not obtain a professional opinion stating that paying its Healthcare Representatives on a salary basis complied with the FLSA's requirements. Instead, Chamberlin knowingly, willfully, or with reckless disregard carried out its illegal pattern or practice regarding overtime compensation.

## COLLECTIVE ACTION ALLEGATIONS

14.   In addition to Smith, the Members of the Class have been victimized by this pattern, practice, and policy that is in willful violation of the FLSA. As described above, the Members of the Class performed the same duties as the other Healthcare Representatives.

15.   Further, Chamberlin paid all the Members of the Class according to the same "salaried" payment scheme. The Members of the Class are, therefore, similarly situated in terms of pay provisions.

16.   Chamberlin's failure to pay overtime compensation as required by the FLSA results from a generally applicable policy or practice that does not depend on the personal circumstances of the Plaintiffs or the Members of the Class.

17. Thus, the class of similarly situated plaintiffs is properly defined as:

**All salaried Healthcare Representatives employed by Chamberlin during the three-year period preceding the filing of this complaint.**

### CAUSES OF ACTION

18. Smith incorporates all allegations contained in paragraphs 1 through 17.

19. Chamberlin's practice of failing to pay overtime at one-and-one-half times the appropriate regular rate was and is in violation of the FLSA. Accordingly, Smith and the Members of the Class are entitled to overtime in an amount equal to one and one-half times their regular rates.

20. Additionally, Smith and the Members of the Class are entitled to an amount equal to all their unpaid minimum wages and overtime wages as liquidated damages.

21. Smith and the Members of the Class are entitled reasonable attorneys' fees and costs of this action.

### JURY DEMAND

22. Smith demands a jury trial.

**PRAYER**

Smith respectfully requests judgment in her favor, awarding her and all similarly situated employees:

    a.    overtime wages for all hours worked in excess of forty hours;

    b.    liquidated damages in an amount equal to their unpaid wages;

    c.    reasonable attorney's fees, costs, and expenses of this action;

    d.    pre- and post-judgment interest at the highest rates allowed by law;

and

    e.    all other and further relief permitted by law.

Respectfully submitted,

/s/ Deirdre M. Stephens
Deirdre M. Stephens
GA BAR NO: 678789
djohnson@forthepeople.com
C. Ryan Morgan[2]
Florida Bar No. 0015527
rmorgan@forthepeople.com
Morgan & Morgan, P.A.
191 Peachtree Street NE, Suite 4200
Atlanta, GA 30303
Phone: 404-965-8811
Fax: 404-965-8812

---

[2] Attorneys C. Ryan Morgan, Richard J. Burch and James A. Jones will be seeking *pro hac vice* admission in this Court.


-AND-

BRUCKNER BURCH PLLC
Richard J. Burch
Texas Bar No. 24001807
James A. Jones
Texas Bar No. 10908300
1415 Louisiana Street, Suite 2125
Houston, Texas 77002
Telephone: (713) 877-8788
Telecopier: (713) 877-8065

**EXHIBIT "A"**

IN RE: FLSA CLAIMS AGAINST:      ]     COLLECTIVE ACTION
                                        ]

**CHAMBERLIN EDMONDS**         ]
     **& ASSOCIATES, INC.**          ]     **NOTICE OF CONSENT**
                                        ]

        I consent to be a party plaintiff in an action to collect unpaid wages. I agree to be bound by the Professional Services Agreement with Bruckner Burch PLLC and Michael D. Lore, P.C.

_____
Signature

_Barbara Smith_
Full Legal Name (print)

_4/4/11_
Date

_____
Street Address

_____
City, State, Zip Code

_____
Telephone Number

_____
Cell Phone Number

_____
Emergency Contact (Name & Phone Number)

_____
E-Mail Address

Mail or Fax to:       Bruckner Burch PLLC
                      1415 Louisiana Street, Suite 2125
                      Houston, Texas 77002
                      Fax: 713-877-8065