UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| BARBARA SMITH, Individually and On Behalf of Others Similarly Situated, *Plaintiffs*, v. CHAMBERLIN EDMONDS & ASSOC., INC., *Defendant*. | Case: 1:11-cv-02336-TWT |

**NOTICE OF DISMISSAL UNDER RULE 41(a)(1)(A)(i)**

A plaintiff is permitted to dismiss her case voluntarily, and "without a court order," at any time "before the opposing party serves either an answer or a motion for summary judgment[.]" *See* FRCP 41(a)(1)(A)(i). A "Rule 41(a)(1) voluntary dismissal is effective immediately and requires no action by the district court." *Univ. of S. Alabama v. Am. Tobacco Co.,* 168 F.3d 405, 409 (11th Cir. 1999).[1] The filing of the notice of dismissal is "self-executing and moots all pending motions[.]"

---

[1] A "filing under the Rule [41(a)(1)(A)(i)] is a notice, not a motion." *In re Bath & Kitchen Fixtures Antitrust Litig.,* 535 F.3d 161, 165 (3d Cir. 2008). "Its effect is automatic: the defendant does not file a response, and no order of the

1

*Id.* In short, the filing of the notice "renders the proceedings a nullity and leaves the parties as if the action had never been brought[.]" *Id.* (*quoting Williams v. Clarke,* 82 F.3d 270, 273 (8th Cir.1996)).

Chamberlin Edmonds & Associates, Inc. (Chamberlin) has not filed an answer nor has it requested summary judgment. *See* Dkt. Nos. 1-11. Therefore, Plaintiff files this notice of dismissal and dismisses this action without prejudice pursuant to Rule 41(a)(1)(A)(i).

Respectfully submitted,

/s/ Deirdre M. Stephens Johnson
Deirdre M. Stephens Johnson
GA BAR NO: 678789
djohnson@forthepeople.com
C. Ryan Morgan
Florida Bar No. 0015527
rmorgan@forthepeople.com
Morgan & Morgan, P.A.
191 Peachtree Street NE, Suite 4200
Atlanta, GA  30303
Phone:  404-965-8811
Fax: 404-965-8812

-AND-

BRUCKNER BURCH PLLC
Richard J. Burch
Texas Bar No. 24001807

---

district court is needed to end the action." *Id.*

                                           James A. Jones
                                           Texas Bar No. 10908300
                                           8 Greenway Plaza, Suite 1500
                                           Houston, Texas 77046
                                           Telephone: (713) 877-8788
                                           Telecopier: (713) 877-8065

## CERTIFICATE OF SERVICE

     I hereby certify that on September 26, 2011, a copy of this document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all counsel of record including:

BASS, BERRY & SIMS PLC
Tim K. Garrett (TN BPR # 12083)
Justin Page (TN BPR # 23815)
150 Third Avenue South, Suite 2800
Nashville, Tennessee 37201

FISHER & PHILLIPS LLC
Anderson Scott
Anderson Scott (GA Bar# 631940)
1075 Peachtree Street, NE, Suite 3500
Atlanta, GA 30309

                                           /s/ Deirdre M. Stephens Johnson
                                           Deirdre M. Stephens Johnson